**FOURTH DIVISION**
**DILLARD, P. J.,**
**BROWN and PADGETT, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**March 10, 2025**

# In the Court of Appeals of Georgia

A24A0526. 4918 COVINGTON HWY, LLC v. DEKALB COUNTY TAX ASSESSORS.

PADGETT, Judge.

In *4918 Covington Hwy, LLC v. DeKalb County Tax Assessors*, No. S24G1350, 2025 WL 396821 (Ga. Jan. 30, 2025), the Supreme Court vacated this Court's judgment in *4918 Covington Hwy, LLC v. DeKalb County Tax Assessors*, 372 Ga. App. 297 (902 SE2d 660) (2024) and dismissed the appeal as moot. Accordingly, we vacate our prior judgment, and we adopt the judgment of the Supreme Court. This appeal is dismissed as moot.

*Judgment vacated. Dillard, P. J., and Brown, J., concur.*